IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS F. ARNOLD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:11cv930-MEF |
| | ) | (WO) |
| LOCKHEED MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On February 13, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 25). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, and that this case is DISMISSED without prejudice for the Plaintiff's abandonment of his claims, his failure to prosecute this action and his failure to comply with the orders of the court.

DONE this the 5th day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE